**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**VALERIE JO BOYD**                                                                              **PLAINTIFF**

**No. 3:12-CV-00113-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**                          **DEFENDANT**
**Social Security Administration**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED,

ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting

Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is

entered in favor of the Commissioner.

So ordered this 3rd day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE